IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  06-cv-01450-WYD-PAC

GREAT NORTHERN INSURANCE COMPANY, a Minnesota corporation,

   Plaintiff,

v.

AQUA GLASS CORPORATION, a Tennessee corporation,

   Defendant.

_____

## MINUTE ORDER
_____

**ORDER ENTERED BY MAGISTRATE JUDGE O. EDWARD SCHLATTER**

   IT IS HEREBY **ORDERED** that the Unopposed Motion to Amend Scheduling Order (Doc. #20), filed December 26,2 006, is **GRANTED**.

   The deadline for joinder of parties and amendment of pleadings is extended to **February 2, 2007.**

Dated:  December 26, 2006