IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  06-cv-01450-WYD-PAC

GREAT NORTHERN INSURANCE COMPANY, a Minnesota corporation,

    Plaintiff,

v.

AQUA GLASS CORPORATION, a Tennessee corporation,

    Defendant.

_____

## MINUTE ORDER
_____

**ORDER ENTERED BY MAGISTRATE JUDGE O. EDWARD SCHLATTER**

    IT IS HEREBY **ORDERED** that Defendant Aqua Glass Corporation's Unopposed Motion for Leave to File Third-Party Complaint (Doc. #23), filed February 1, 2007, is **GRANTED**.

    The tendered Aqua Glass Corporation's Third-Party Complaint and Jury Demand, attached to Doc. #23, **shall be filed this date**.

Dated:  February 1, 2007

_____
The undersigned certifies that a copy of the foregoing Minute Order was served on February 1, 2007, by: (*) Delivery to; by: (**) Depositing in the United States Mail, postage prepaid, addressed to; or by (***) facsimile to:

_____
Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No.  06-cv-

The undersigned certifies that a copy of the foregoing Order Setting Scheduling/Planning Conference  was served on February 1, 2007 by: (*) Delivery to; or by (**) Depositing in the United States Mail, postage prepaid, addressed to; or by (***) facsimile to:

_____
Deputy Clerk