IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  06-cv-01450-WYD-PAC

GREAT NORTHERN INSURANCE COMPANY, a Minnesota corporation,

    Plaintiff,

v.

AQUA GLASS CORPORATION, a Tennessee corporation,

    Defendant.

_____

## MINUTE ORDER
_____

**ORDER ENTERED BY MAGISTRATE JUDGE O. EDWARD SCHLATTER**

    IT IS HEREBY **ORDERED** that Plaintiff's Unopposed Motion to Amend Scheduling Order (Doc. #27), filed February 2, 2007, is **GRANTED** as follows. The deadlines set forth in the October 20, 2006 Scheduling Order are vacated.  It is

    FURTHER **ORDERED** that a Scheduling Conference is set for **March 6, 2007 at 11:00 a.m. in Courtroom A501.**  The parties shall submit a proposed Amended Scheduling Order to the court on or before March 1, 2007.

Dated:  February 5, 2007