IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  06-cv-01450-WYD-PAC

GREAT NORTHERN INSURANCE COMPANY, a Minnesota corporation,

    Plaintiff,

v.

AQUA GLASS CORPORATION, a Tennessee corporation,

    Defendant and Third- Party Plaintiff,

v.

STEAMASTER CO., INC., a New Jersey corporation,

    Third Party Defendant.

_____

## MINUTE ORDER
_____

**ORDER ENTERED BY MAGISTRATE JUDGE O. EDWARD SCHLATTER**

    IT IS HEREBY **ORDERED** that the Unopposed Motion for Extension of Time to Answer or Respond to Third Party Complaint [filed February 23, 2007; Doc. No. 32] is **GRANTED** as follows:

    Third Party Defendant, Steamaster has until on or before **March 30, 2007** to file an Answer or other responsive pleading.

    IT IS **ORDERED** that the Unopposed Motion for Extension of Time to File Designation of Nonparties [filed February 23, 2007; Doc. No. 34] is **GRANTED** as follows:

    Third Party Defendant Steamaster has until on or before **April 27, 2007** to file a nonparty designation.

    IT IS **FURTHER ORDERED** that the Unopposed Motion to Vacate March 6, 2007 Scheduling Conference [filed February 23, 2007; Doc. No. 35] is **GRANTED** as follows:

The Scheduling Conference set for March 6, 2007 is *vacated and reset* to **April 12, 2007 at 10:00 a.m.**, Courtroom A501.  A proposed Scheduling Order is due on or before  **April 5, 2007.**

**No further extensions shall be granted.**

Dated:  February 27, 2007