IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.: 06-cv-001450-WYD-KLM

GREAT NORTHERN INSURANCE COMPANY, a Minnesota corporation,

   Plaintiff,

v.

AQUA GLASS CORPORATION, a Tennessee corporation,

   Defendant and Third-Party Plaintiff,

v.

STEAMASTER CO., INC., a New Jersey Corporation,

   Third-Party Defendant

---

ORDER RE: STIPULATION OF DISMISSAL OF THIRD-PARTY
PLAINTIFF'S CLAIMS AGAINST THIRD-PARTY DEFENDANT
STEAMASTER CO., INC.

---

THIS MATTER, having come before the Court on the Stipulation for Dismissal of Third-Party Plaintiff's Claims Against Third-Party Defendant Steamaster Co., Inc. filed by Third-Party Plaintiff Aqua Glass Corporation on September 17, 2007 (docket #51), and the Court being duly advised of the premises, it is hereby

ORDERED that this action is **DISMISSED WITH PREJUDICE** as to Third-Party Defendant Steamaster Co. Inc., each party to pay its own costs and fees.

Dated: September 18, 2007

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
U. S. District Judge