IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.: 06-cv-001450-WYD-KLM

GREAT NORTHERN INSURANCE COMPANY, a Minnesota corporation,

    Plaintiff,

v.

AQUA GLASS CORPORATION, a Tennessee corporation,

    Defendant and Third-Party Plaintiff,

v.

STEAMASTER CO., INC., a New Jersey Corporation,

    Third-Party Defendant

---

ORDER RE: STIPULATION OF DISMISSAL OF PLAINTIFF'S CLAIMS AGAINST
DEFENDANT AQUA GLASS CORPORATION

---

THIS MATTER, having come before the Court on the Stipulation for Dismissal of Plaintiff's Claims Against Defendant Aqua Glass Corporation filed by Plaintiff Great Northern Insurance Company on September 17, 2007 (docket #52), and the Court being duly advised of the premises, it is hereby

ORDERED that this action is **DISMISSED WITH PREJUDICE** as to Defendant Aqua Glass Corporation, each party to pay its own costs and fees.

Dated: September 18, 2007

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
U. S. District Judge